# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINART MANAGEMENT COMPANY, INC., *et al*, | : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION <br> : |
| v. | : No. 20-2954 <br> : |
| EMPLOYERS MUTUAL CASUALTY COMPANY, | : <br> : <br> : |
| Defendant. | |

## ORDER

**AND NOW**, this 19th day of July, 2021, upon review of Defendant's Motion to Dismiss for Failure to State a Claim, Plaintiffs' response thereto and Defendant's reply, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss for Failure to State a Claim (Docket No. 11) is **GRANTED;** and

2. Plaintiffs' Amended Complaint is **DISMISSED** with prejudice.

                                             **BY THE COURT:**

                                             */s/ Jeffrey L. Schmehl*
                                             Jeffrey L. Schmehl, J.